# ELECTRONIC RECORD

238-15

COA # 01-13-00825-CR  OFFENSE: 29.03 (Aggravated Robbery)

STYLE: William Hernandez v. The State of Texas  COUNTY: Harris

COA DISPOSITION: AFFIRM  TRIAL COURT: 351st District Court

DATE: 12/02/2014  Publish: YES  TC CASE #: 1295162

# IN THE COURT OF CRIMINAL APPEALS

STYLE: William Hernandez v. The State of Texas  CCA #: 238-15

_____APPELLANT'S_____ Petition  CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____

_____REFUSED_____  JUDGE: _____

DATE: 10/14/2015  SIGNED: _____  PC: _____

JUDGE: Pa Kuwan  PUBLISH: _____  DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**